**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                        Case No. 06-11589-BKC-RBR

D'ARCY LABORATORIES, LLC                                   Chapter 11

_____Debtor_____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is given that the Plan Administrator in a Chapter 11 liquidating plan has $9,534.33 in unclaimed funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida on the 19th day of August, 2009.

Dated this 25th day of August, 2009.               /s/    Alan R. Barbee
                                                                      Alan R. Barbee, Plan Administrator
                                                                      MarcumRachlin, a Division of Marcum, LLC
                                                                      777 South Flagler Drive, Suite 150
                                                                      West Palm Beach, FL   33401
                                                                      (561)   833-0002

D'ARCY LABORATORIES, LLC
Case No. 06-11589-BKC-RBR

List of Unclaimed Funds

Kelly, Cledius
4225 SW 185 Avenue
Miramar, FL  33029
SCH P-6
$772.20

Ruger Chemical Co.
P.O. Box 806
Hillside, NJ  07205
000022
$587.71

A Road Runner Courier Service
150 S. Andrews Ave., #201A
Pompano Beach, FL  33069
SCH F1
$24.24

Contact Communications
2668 NW 62 Terrace
Pompano Beach, FL  33063
SCH F26
$116.87

Delaware Secretary of State
Division of Corporations
P.O.Box 74072
Baltimore, MD  21274
SCH F28
$43.67

AERSPE
Dept. GA00371
P.O. Box 937135
Atlanta, GA  31193
SCH F3
$15.11

Finetex
P.O. Box 216
Elmwood Park, NJ  07407
SCH F37
$328.61

ISP Technologies, Inc.
P.O. Box 65297
Charlotte, NC  28265
SCH F48
$1,166.00

LCW
P.O. Box 88021
Milwaukee, WI  53288
SCH F52
$73.99

Lipo Chemicals, Inc.
P.O. Box 16288A
Newark, NJ  07195
SCH F54
$163.54

Milner Document Products
P.O. Box 923197
Norcross, GA  30010
SCH F58
$436.04

Pac Net, Inc.
3380 NW 114 Street
Miami, FL  33167
SCH F65
$2,191.15

Seppic, Inc.
Lockbox 12282N
Newark, NJ  07101
SCH F80
$1,023.81

Sgima – Aldrich, Inc.
P.O. Box 932594
Atlanta, GA  31193
SCH F83
$32.44

System Solvers
P.O. Box 27-3384
Boca Raton, FL  33427
SCH F90
$1,391.94

Universal Preserv-A-Chem
33 Truman Drive S
Edison, NJ  08817
SCH F93
$1,150.59

Zephyrhills
P.O. Box 52214
Phoenix, AZ  85072
SCH F99
$8.11

Prime Enterprises, Inc.
16363 NW 49 Avenue
Miami Lakes, FL  33014
000028
$4.37

Perkin Elmer Life & Analytical Sci.
13633 Collections Center Dr.
Chicago, IL  60693
SCH F66
$3.94