UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                        Case No. 06-11589-BKC-RBR

D'ARCY LABORATORIES, LLC                                      Chapter 11

_____Debtor_____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is given that the Plan Administrator in a Chapter 11 liquidating plan has $300.31 in unclaimed funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida on this 6th day of May, 2010.

Dated this 6th day of May, 2010.

_____
Alan R. Barbee, Plan Administrator
MarcumRachlin, a Division of Marcum, LLC
777 South Flagler Drive, Suite 150
West Palm Beach, FL   33401
(561)   833-0002

D'ARCY LABORATORIES, LLC
Case No. 06-11589-BKC-RBR

List of Unclaimed Funds

Advantage Bundling SP LLC
2228 Page Road, Suite 103
Durham, NC 27703
000029
$18.75

Gene Diamond Associates
1415 Lawrence Drive, 2nd Floor
Newbury Park, CA 91320
SCH F42
$24.86

Katy Equipment, Inc.
2750 Taylor Avenue, Suite D
Orlando, FL 32806
SCH F51
$8.62

Alliantgroup, LP
3 Riverway, Suite 90
Houston, TX 77056
SCH F6
$180.58

RD Design Corporation
10265 SW 129 Court
Miami, FL 33188
SCH F75
$5.30

New Direction Transport, Inc.
P.O. Box 297405
Pembroke Pines, FL 33029
SCH F61
$36.82

Uniquema
P.O. Box 751155
Charlotte, NC 28275
SCH F92
$25.38